**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LANCE PEROUTKA, NIKKI PRIBOW and OTIS FUNG, individually and on behalf all others similarly situated, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL CASE NO. 1:20-cv-00326-RP |
| YETI COOLERS, LLC, | § § | |
| *Defendant.* | § § § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

    The parties hereby advise the Court that they have settled this lawsuit and have agreed to the entry of an order in the form attached, dismissing all claims with prejudice to refiling.

    For these reasons, the parties respectfully request that the Court enter the attached agreed order of dismissal and final take nothing judgment.

Date:  June 22, 2020

Respectfully submitted,

/s/ *Jessica Christine Mederson*

HANSEN REYNOLDS LLC

Jessica Christine Mederson
10 E. Doty St.
Madison, WI 53703
608-841-1351
jmederson@hansenreynolds.com

*Counsel for Plaintiffs Lance Peroutka,
Nikki Pribow, and Otis Fung*

/s/ *David P. Whittlesey*

SHEARMAN & STERLING LLP

David P. Whittlesey
111 Congress Ave., Suite 1700
Austin, TX 78701
Tel.: (512) 647-1900
david.whittlesey@shearman.com

*Counsel for Defendant YETI Coolers, LLC*