
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LANCE PEROUTKA, NIKKI PRIBOW, and OTIS FUNG, *individually and on behalf of all others similarly situated*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:20-CV-326-RP |
| YETI COOLIERS, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

On June 22, 2020, the parties filed an agreed motion to dismiss with prejudice stating that they had settled this lawsuit and requesting the Court to enter an agreed order of dismissal. (Dkt. 39, at 1). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 23, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE